### GIBSON *vs.* SMITH.

COMPLAINT, FROM CHATHAM.    Negotiable Instruments.    Drafts.    Acceptance. Principal and Surety.

Blandford, J.—Where a draft is given, directing the drawee to pay absolutely a sum of money to the payee, it is the right of the payee to have an unconditional and unqualified acceptance, and if he chooses, without the consent of the drawer, to take a conditional, limited, or qualified acceptance of the draft, he thereby releases the drawer from all liability upon it. The acceptor being such for value and not a mere accommodation acceptor, the drawer is merely a surety for him, and the taking of a conditional or qualified acceptance without his consent works to his injury and discharges him. 1. Dan. Neg. Inst., 510; Chitty on Bil s 340; Byles on Bills, 316; Story, §204.

Judgment reversed.

J. R. Saussy, for plaintiff in error.

Denmarck & Adams; Garrard & Meldrim, for defendant.